IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DHINGRA, *Plaintiff,* | : : : : : | CIVIL ACTION |
| v. | : : : | No. 22-0765 |
| SAP AMERICA, INC., *Defendant.* | : : : : | |

# ORDER

**AND NOW**, this **27th** day of **February 2023**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 35), Plaintiff's Response (ECF Nos. 41, 43), and Defendant's Reply (ECF No. 44), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 35) is **GRANTED**.

The Clerk of Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1